UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:

JAMES COLLINS JR.
Debtor Name

Case No. 16-11684
Chapter 13

Debtor(s)

## MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY AND NOTICE OF OPPORTUNITY TO OBJECT

The Debtor(s) hereby seeks Court authority to incur secured debt for the purpose of modifying the terms of an existing secured loan for real property, and submits the following information regarding the modified loan:

1. The address of the real property is <u>9717 Slalom Run Drive, Woodstock, MD 21163.</u> The holder of the secured claim is <u>US Bank National c/o Fay Servicing LLC.</u>

2. The amount of the proposed modified secured claim is <u>$409,721.81.</u> This amount does _X_ or does not ____ (check one) include pre-petition arrears currently being paid through the plan. On March 1, 2037, the <u>Balloon Payment of $286,618.17</u> is due and payable.

3. The monthly amount of the modified secured claim payment is <u>$3,005.25.</u> This amount does _X_ or does not ____ (check one) include real estate taxes and hazard insurance to be escrowed by the holder of the modified secured claim. The monthly escrow amount is <u>$568.09</u>. The current monthly secured claim payment is <u>$3,005.25.</u>

4. INTEREST TERMS:

    A. **Fixed rate loan** with an interest rate of <u>6.375%</u> for a duration of __20__ years.

OR

B. **Adjustable rate loan** or **ARM** with a fixed interest rate of ____% for a duration of ____ years; then interest will adjust every ____ years. The total loan duration is ____ years. Additional information:
   a. Rate adjustment is limited to an increase of ____ per each adjustment.
   b. Rate adjustment over the life of the loan is limited to ____.

6. The loan modification does __X__ or does not ____ (check one) affect the terms of the confirmed plan in the case. If the loan modification does affect the terms of the confirmed plan in the case, the Debtor(s) will separately file a motion to modify the confirmed plan. This motion does not constitute a motion to modify the confirmed plan. The Debtor(s) hereby acknowledges that the terms of the confirmed plan remain in effect until such time as any plan modification is approved by the Court.
7. The loan modification will not alter or affect the status or priority of any other existing lien(s) on the real property.
8. The Debtor has advised the holder of the modified secured claim that it must either file an amended proof of claim or withdraw the filed proof of claim within 30 days of the closing of the loan modification transaction.

WHEREFORE, the Debtor submits that this loan modification is in the best interest of the Debtor and the creditors as it will increase the feasibility of the Chapter 13 plan.

Date: 8-17-17

Respectfully submitted,

/s/ *[signature]*
Debtor
Debtor's Address: 9717 Slalom Run Drive
Woodstock, MD 21163
Phone number: 443-980-0162

/s/ Jeffrey W Celter
Debtor
Debtor's Address: 9717 Slalom Run Drive
Woodstock, MD 21163
Phone number: 443-980-0162

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING
## TO CREDITORS AND PARTIES IN INTEREST

You are notified of the filing of the foregoing Motion by the Debtor requesting Court authority to incur secured debt for the purpose of modifying the terms of an existing secured loan for real property. Any interested party objecting to the loan modification must file an objection with the United States Bankruptcy Court for the District of Maryland within twenty-one (21) days after the date of this motion. You are further notified that unless an objection is filed, the Court may grant the motion without a hearing.

## CERTIFICATE OF SERVICE

I hereby certify that this Motion for Approval of Loan Modification was served this 23RD day of _August_, 2017_ electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Debtor
Chapter 13 Trustee
All Creditors and Parties in Interest

/s/ Jeffrey W. Celter
Debtor

```
Label Matrix for local noticing          88 BJJ, LLC                              BANK OF AMERICA, N.A.
0416-1                                   c/o: Monica Guilarte, Esquire            2380 Performance Dr
Case 16-11684                            PO Box 1607                              Richardson, TX 75082-4333
District of Maryland                     Laurel, MD 20725-1607
Baltimore
Wed Aug 23 08:51:17 EDT 2017

BSI Financial Services, Inc., as servicer fo   Bank of America, N.A.              Bank of America, N.A.
c/o Weinstein & Riley, P.S.              P.O. Box 31785                           c/o Prober & Raphael
2001 Western Avenue, Suite 400           Tampa, FL 33631-3785                     20750 Ventura Blvd., Ste. 100
Seattle, WA 98121-3132                                                            Woodland Hills, CA 91364-6207


Big Boyz Bail Bonds                      Big Boyz Bail Bonds                      Big Boyz Bail Bonds, Inc.
151 N. Highland Avenue                   c/o: Ralph L. Sapie, Esquire             The Law Office of Ralph L. Sapia, P.A.
Baltimore, MD 21224-1412                 744 Dulaney Valley S-5                   744 Dulaney Valley Rd.
                                         Towson, MD 21204-5132                    Suite 5
                                                                                  Towson, MD 21204-5132


James W. Collins Jr.                     Comptroller of the Treasury              Patrick Decker
9717 Slalom Run Drive                    Compliance Division, Room 409            BWW Law Group, LLC
Woodstock, MD 21163-1106                 301 W. Preston Street                    6003 Executive Blvd.
                                         Baltimore, MD 21201-2305                 Suite 101
                                                                                  Rockville, MD 20852-3813


Deputy County Attorney                   Fay Servicing, LLC                       Fay Servicing, LLC
Baltimore County Office of Law           939 W. North Avenue Suite 680            440 S. LaSalle Street Suite 2000
400 Washington Avenue, 2nd Floor         Chicago, IL 60642-1231                   Chicago, IL 60605-5011
Towson, MD 21204-4606


Freedom Septic Service, Inc.             Hugh Justin Green                        Starla Hudachek
2809 Liberty Road                        Orlans PC                                Law Office of Starla J. Hudachek
Sykesville, MD 21784-6900                1602 Village Market Blvd SE              PO Box 332
                                         Suite 310                                Timonium, MD 21094-0332
                                         Leesburg, VA 20175-4716


McCabe, Weisberg, & Conway, L:LC         Regional Acceptance Corporation          Regional Acceptance Corporation
312 Marshall Avenue                      1424 East Fire Tower Road                PO Box 1847
Suite 800                                Greenville, NC 27858-4105                Wilson, NC 27894-1847
Laurel, MD 20707-4808


Robert L. Eric Robinson                  Daniel Alan Ross                         SANTANDER CONSUMER USA, INC.
The Law Office of Ralph L. Sapia, P.A.   Weinstein & Riley, P.S.                  P.O. BOX 961245
744 Dulaney Valley Rd. Suite 5           2001 Western Ave, Ste 400                FORT WORTH, TX 76161-0244
Suite 5                                  Seattle, WA 98121-3132
Towson, MD 21204-5132


Santander Consumer USA                   Santander Consumer USA Inc.              State of Maryland DLLR
PO Box 105255                            PO Box 560284                            Division of Unemployment Insurance
Atlanta, GA 30348-5255                   Dallas, TX 75356-0284                    1100 N. Eutaw Street, Room 401
                                                                                  Baltimore, MD 21201-2225


Supervisor of Delin. Accts.              The Reservce at Stonegate                Robert S. Thomas II
Rm. 1 Municipal Building                 c/o: Fair Collections and Outsourcing    300 E Joppa Road, Suite 409
Holliday & Lexington Streets             12304 Baltimore Avenue                   Towson, MD 21286-3005
Baltimore, MD 21202                      Suite E
                                         Beltsville, MD 20705-1314
```

Ventures Trust 2013-I-H-R by MCM Capital Par
Weinstein & Riley, P.S.
2001 Western Ave, Suite 400
Seattle, WA 98121-3132

Wells Fargo Home Mortgage
PO Box 659558
San Antonio, TX 78265-9558

Wells Fargo Bank, N.A.
Attention: Payment Processing
MAC# X2302-04C
1 Home Campus
Des Moines IA 50328-0001

Wilderness Presidential Resorts
9220 Plank Road
Spotsylvania, VA 22553-4237

Wells Fargo Home Mortgage
PO Box 11701
Newark, NJ 07101-4701